IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MOORE, JR., | No. 2:12-CV-1999-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| HRONEK, et al., | |
| Defendants. | |
| _____ / | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed.  The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

      Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge to this case and to update the docket to reflect the new case number.

DATED: October 9, 2012

                                                                                                                                          */s/ Craig M. Kellison*
                                                                                                                       **CRAIG M. KELLISON**
                                                                                                                       UNITED STATES MAGISTRATE JUDGE